**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**NICHOLAS PHILLIP CASKEY,
ADC #553102**                                                          **PLAINTIFF**

V.            **CASE NO. 3:20-CV-253-BSM-BD**

**KEITH BOWERS**                                                            **DEFENDANT**

**ORDER**

Plaintiff Nicholas Phillip Caskey, an inmate in the Craighead County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) For screening purposes, Mr. Caskey has stated a deliberate-indifference claim against Defendant Bowers. (Doc. No. 2) Accordingly, service is proper.

The Clerk of Court is directed to prepare a summons for Defendant Bowers. The United States Marshal is directed Mr. Bowers with the summons and a copy of the Complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for Defendant Bowers should be through the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 28th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE