# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY,**
**ADC #553102**                                                           **PLAINTIFF**

**V.**                   **CASE NO. 3:20-CV-253-BSM-BD**

**KEITH BOWERS**                                                    **DEFENDANT**

## ORDER

Plaintiff Nicholas Phillip Caskey has filed a notice with the Court requesting to add claims against unidentified Craighead County Detention officials for frustrating his ability to pursue this lawsuit. He alleges Detention Center officials offer him only two envelopes and four sheets of papers per week. (Doc. No. 11)

Mr. Caskey cannot pursue multiple unrelated claims in one lawsuit due to the risk of confusion and unfair prejudice. The proposed new claims are entirely different from the health-related claims now pending in this lawsuit. Furthermore, he must exhaust the grievance process as to all Defendants and all claims before he can litigate those claims in federal court.

If Mr. Caskey wants to bring claims for denial of access to the courts, he must first exhaust the Detention Center's grievance policy as to those claims, then file a new lawsuit.

SO ORDERED, this 19th day of October, 2020.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE