IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS PHILLIP CASKEY                                         PLAINTIFF

V.                    CASE NO. 3:20-CV-253-BSM-BD

KEITH BOWERS                                                    DEFENDANT

## ORDER

Mr. Caskey has notified the Court of his release from custody and his current address at a private residence. (Doc. No. 42) In light of this change in his custodial status, Mr. Caskey must file a non-prisoner application to proceed *in forma pauperis* (IFP).

The Clerk of Court is directed to send Mr. Caskey a non-prisoner IFP application form. Mr. Caskey must file the updated application within 30 days. He is cautioned that this case can be dismissed, without prejudice, if he does not file a new application.

IT IS SO ORDERED, this 19th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE