## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY**                                              **PLAINTIFF**
ADC #553102

**v.**                          **CASE NO. 3:20-CV-00253-BSM**

**KEITH BOWERS**                                                        **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 33] is adopted. Keith Bowers's motion for summary judgment [Doc. No. 23] is granted. Nicholas Phillip Caskey's personal-capacity claims against Bowers are dismissed. Caskey's official-capacity claims against Bowers will be allowed to proceed.

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE