IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS PHILLIP CASKEY,
ADC #553102                                                                                    PLAINTIFF

V.                          CASE NO. 3:20-CV-253-BSM-BD

KEITH BOWERS                                                                                   DEFENDANT

## ORDER

Plaintiff Nicholas Phillip Caskey filed a notice of change of address indicating that he was released from custody and is currently residing at a private address. (Doc. No. 42) The Court ordered Mr. Caskey to file a non-prisoner *in forma pauperis* (IFP) application by May 19, 2021, in order to proceed with this lawsuit. (Doc. No. 43) He has not responded to that order.

Mr. Caskey must file an updated, non-prisoner IFP within 14 days or his case will be dismissed, without prejudice, under Local Rule 5.5(c)(2). Accordingly, the Clerk of Court is directed to send Mr. Caskey a non-prisoner IFP application along with a copy of this order.

SO ORDERED, this 25th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE