# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY**                                                       **PLAINTIFF**

**V.**                      **NO. 3:20-cv-00253-BSM-ERE**

**KEITH BOWERS**                                                            **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**    **Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.**    **Discussion**

On April 15, 2021, Plaintiff Nicholas Phillip Caskey filed a notice of his change of address following his release from prison. *Doc. 42*. On April 19, 2021, the Court ordered Mr. Caskey to submit a completed non-prisoner *in forma pauperis* (IFP) application within 30 days. *Doc. 43*. Mr. Caskey failed to timely comply with

the Court's April 19, 2021 Order. On May 25, 2021, the Court provided Mr. Caskey an additional 14 days to respond to the Court Order. *Doc. 46*.

To date, Mr. Caskey has failed to comply with the Court's April 19 and May 25, 2021 Orders, and the time for doing so has passed. The Court specifically cautioned Mr. Caskey that his claims could be dismissed if he failed to comply with the Court's Orders. *Docs. 3, 43, 46*.

### III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Plaintiff Nicholas Phillip Caskey's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 19 and May 25, 2021 Orders. *See* Local Rule 5.5(c)(2).

2.  Defendant Bowers' motion to dismiss for failing to respond to Court Orders (*Doc. 48*) be GRANTED.

DATED this 29th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE