IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY**                                                                                      **PLAINTIFF**
ADC #553102

v.                                        CASE NO. 3:20-CV-00253-BSM

**KEITH BOWERS**                                                                                                          **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 50] is adopted. Nicholas Phillip Caskey's claims are dismissed without prejudice, and Keith Bowers's motion to dismiss [Doc. 48] is granted. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 20th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE