IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICHOLAS PHILLIP CASKEY**                                                      **PLAINTIFF**
ADC #553102

v.                              **CASE NO. 3:20-CV-00253-BSM**

**KEITH BOWERS**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE